

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-21-00471-CR

Caleb Patrick **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 18-10-00155-CRF
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was originally due March 31, 2022; however, the court granted two extensions of time, and the brief was finally due June 2, 2022. On June 2, 2022, we abated the appeal in order for the trial court to appoint new counsel. On June 24, 2022, we ordered the appeal reinstated after the trial court appointed John Michael Lamerson to represent appellant. We further ordered appellant's brief due on or before July 25, 2022. On July 22, 2022, counsel for appellant filed a motion requesting an extension until September 26, 2022 to file the brief.

We **grant in part** the motion and **order** appellant's brief due **September 23, 2022**. The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4th TEX. APP. (San Antonio) LOC. R. 8, Notes and Comments. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.

MICHAEL A. CRUZ, Clerk of Court